PROB 12C
(6/16)

Report Date: April 6, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jose Luis Mendoza-Castaneda | Case Number: 0980 1:18-CR02073-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 24, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326(a)(1), (b)(1) | | |
| Original Sentence: | Prison - 16 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Richard Cassidy Burson | Date Supervision Commenced: March 5, 2020 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: March 4, 2023 | |

## PETITIONING THE COURT

To issue a warrant.

On March 5, 2020, Mr. Mendoza-Castaneda released from the Bureau of Prisons (BOP) and immediately was taken into custody by U.S. Immigration and Customs Enforcement (ICE).

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #1**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry.<br><br>**Supporting Evidence**: Mr. Mendoza-Castaneda is alleged to have entered the United States without legal permission from the United States Attorney General or his designee on or before March 29, 2022.<br><br>On March 5, 2020, Mr. Mendoza-Castaneda completed his prison sentence with BOP and was detained by ICE. According to an agent from ICE, on May 5, 2021, Mr. Mendoza-Castaneda was deported to Mexico.<br><br>On April 1, 2022, Mr. Mendoza-Castaneda was arrested on various charges by the Yakima Police Department (YPD) and booked into the Yakima County Jail. As of the writing of this report, there are no records indicating Mr. Mendoza-Castaneda was granted permission to reenter the United States. |

Prob12C
Re: Mendoza-Castaneda, Jose Luis
April 6, 2022
Page 2

2  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Mendoza-Castaneda is considered in violation of his supervised release condition by being arrested and charged with Voyeurism, RCW 9A.44.115, in case number 22Y009684, on April 1, 2022.

According to the YPD narrative report, on March 29, 2022, YPD officers were dispatched to 2011 West Lincoln Avenue, Union Gospel Mission Thrift (UGM Thrift) in Yakima, Washington, in reference to a sex crime where a male had been found recording a female customer as she was trying on clothing in a changing room. Call comments also indicated that the suspect's license plate had been taken down by the victim and was Washington State license plate number BZT1842.

When YPD officers arrived at the scene, they contacted the manager at UGM Thrift who stated she had been working at the store when she noticed a male enter at about 1:55 p.m. The manager stated she watched the male as he walked to the women's section and seemed to follow several women around the store. The manager stated she found this odd, and noticed that anytime the male noticed someone watching him, he would pick up an item of clothing, seemingly at random.

The manager went on to say that she had allowed several women into the changing rooms to try on clothing and that in hindsight, the male must have followed the women into the changing rooms. Several minutes later, the manager stated she saw the male suspect run from the store and was contacted by a female patron who stated that she had caught the male recording her from under the changing room stall. The manager stated the female had already left the scene, but had left her name and telephone number for contact at a later time.

A YPD officer interviewed the victim in the above incident. The victim stated she had arrived in the store at about 3:25 p.m. to shop and had gone into the changing rooms to try on an article of clothing. When she entered, she stated that she noticed a Hispanic male, approximately 5'6"-5'8" with a thin build, wearing a black t-shirt and red shorts, squatting near the entrance to a changing stall. Although the victim took this as unusual, she told me she did not immediately assume the male was doing anything illegal and noticed the male sit in a chair after he saw her notice him.

The victim entered the middle changing stall and changed into a skirt before noticing the three small lenses of a cell phone camera caught her eye from under the stall's door. The victim told the YPD officer it looked as if the phone's camera was trying to capture her as she changed using the mirror present in the changing room. The victim told the YPD officer that she said "hey" in a loud voice, and heard the suspect leave. The victim informed the YPD officer that she was shocked and stood for several seconds before getting dressed and exiting to see where the male had gone. The victim told the YPD officer she alerted the store manager to the incident, and was able to see the male get into the driver seat of a green vehicle bearing Washington license plate BZT1842. The victim told the YPD officer she saw the vehicle leave westbound on West Lincoln Avenue, but did not see where it went from there.

On March 30, 2022, at approximately 5 p.m., YPD officers once again dispatched to UGM Thrift in reference the same male, who had been in the store again. The store manager told YPD officers that he had been in the store for significantly less time than

before, but that he had been exhibiting the same behaviors as before, walking around, "checking" out women, and grabbing random items when it seemed someone was watching him. The store manager was able to provide video footage of the incident, which showed exactly what she had described. Also, the male was wearing the same clothing described by the victim the day before.

The store manager was also able to get several good photographs of the male's face while he was in the store, and of him getting into this vehicle as he left. The YPD officer reviewed the footage and found that the male arrived at the store at a similar time as on March 29, 2022, about 1:30 p.m.

YPD officers later identified the male as Mr. Mendoza-Castaneda.

3  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Mendoza-Castaneda is considered in violation of his supervised release condition by being arrested and charged with Eluding, RCW 46.61.024.1 in case number 22Y009684, on April 1, 2022.

According to the YPD narrative report, on April 1, 2022, YPD officers were dispatched to 2011 West Lincoln Avenue, Union Gospel Mission (UGM) Thrift in reference to a sex crime, in which a male had been found recording a female customer on March 29, 2022, as she was trying on clothing in a changing room. When the arriving YPD officer confronted Mr. Mendoza-Castaneda inside the store and attempted to speak with him, Mr. Mendoza-Castaneda declared he did not have to speak with the officer, and exited the store. Mr. Mendoza-Castaneda then entered a green Plymouth Neon vehicle and fled the scene. Based on previous YPD police reports, make and model of the vehicle and the license plate of the vehicle, YPD officers had probable cause to detain Mr. Castaneda-Mendoza. YPD officers were able to locate Mr. Mendoza-Castaneda's vehicle while driving eastbound in the 3300 block of Summitview Avenue and activated their emergency lights and sirens. Mr. Mendoza-Castaneda failed to yield to the YPD officers and continued driving, eventually running a red light. Mr. Mendoza-Castaneda continued to evade the YPD officers in his vehicle, eventually parking his vehicle near 405 West D Street in Yakima, Washington.

YPD officers were then able to speak with residents in the area and ascertain that Mr. Mendoza-Castaneda was renting a bedroom at 405 West D Street, Yakima, Washington, and that he had exited his vehicle, walked down an alleyway and entered his apartment.

4  **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Mendoza-Castaneda is considered in violation of his supervised release condition by being arrested and charged with Harassment, RCW 9A.46.020.1 in case number 22Y009684, on April 1, 2022.

According to the YPD narrative report, on April 1, 2022, YPD officers were dispatched to 2011 West Lincoln Avenue, UGM Thrift, in reference to a sex crime, in which a male had been found recording a female customer on March 29, 2022, as she was trying on clothing in a changing room. When the arriving YPD officers confronted Mr. Mendoza-Castaneda and attempted to speak with him, he fled the scene in a green Plymouth Neon.

        Mr. Mendoza-Castaneda proceeded to evade YPD officers pursuing him with emergency lights and siren by failing to yield and running a red light. Mr. Mendoza-Castaneda eventually parked his vehicle in an alley near an apartment building. After speaking with several neighbors, YPD officers were able to locate the apartment unit in which Mr. Mendoza-Castaneda resides. When YPD officers knocked on the door of the apartment unit, it was answered by a male who identified himself as the owner of the unit. The owner of the unit was shown a photograph of Mr. Mendoza-Castaneda and positively identified Mr. Mendoza-Castaneda as a renter of a bedroom in his apartment, and informed the YPD officers that he was presently upstairs in his room. After the owner of the apartment unit allowed YPD officers to enter a common area, they proceeded to knock on the door of Mr. Mendoza-Castaneda's bedroom. The door was immediately pushed closed, and Mr. Mendoza-Castaneda told officers in Spanish that he would not be coming out. A YPD officer advised Mr. Mendoza-Castaneda that he was under arrest and needed to come out, and Mr. Mendoza-Castaneda again refused to exit the bedroom. YPD officers were notified that Mr. Mendoza-Castaneda was observed holding a large kitchen knife from a window outside of the apartment unit. YPD officers inside of the apartment unit then exited the building.

        After exiting the building, a YPD officer on the scene received a phone call from an individual who informed officers they knew Mr. Mendoza-Castaneda and was able to positively identify him. YPD officers were then able to locate Mr. Mendoza-Castaneda's Department of Licensing photograph and review it against the photographs from the UGM Thrift, confirming Mr. Mendoza-Castaneda's identity.

        YPD officers and members of the YPD Special Weapons and Tactics (SWAT) continued to direct Mr. Mendoza-Castaneda to exit the bedroom. However, Mr. Mendoza-Castaneda continued to refuse and yelled out to the YPD officers that "he would kill them by stabbing them with knives," and that "he will kill officers before he is arrested." While making these statements, Mr. Mendoza-Castaneda was seen holding several kitchen knives in his hand.

5         **Mandatory Condition #1**: You must not commit another federal, state or local crime.

        **Supporting Evidence**: Mr. Mendoza-Castaneda is considered in violation of his supervised release condition by being arrested and charged with Resisting Arrest, RCW 9A.76.040 in case number 22Y009684, on April 1, 2022.

        On April 1, 2022, YPD officers were requested to respond to 405 West D. Street, Apartment 405, Yakima, Washington, to assist patrol officers with an armed and barricaded individual: Mr. Mendoza-Castaneda. Mr. Mendoza-Castaneda was seen holding a knife at a window, and was given verbal directives by YPD officers to exit the apartment. Mr. Mendoza-Castaneda refused the orders, and continued to brandish knives from a window. Mr. Mendoza-Castaneda was then given verbal directives to exit the apartment, or force would be used along with a K9. Mr. Mendoza-Castaneda again refused to exit. After SWAT breached the door of the apartment and utilized chemical agents, Mr. Mendoza-Castaneda exited the building with several knives in his hands. Mr. Mendoza-Castaneda was then directed to drop his knives, but refused, and less lethal projectiles and a K9 were deployed. Mr. Mendoza-Castaneda was then taken into custody by YPD.
After Mr. Mendoza-Castaneda was medically cleared, he was booked into the Yakima County Jail on the above noted charges.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
Re: Mendoza-Castaneda, Jose Luis
April 6, 2022
Page 5

                I declare under penalty of perjury that the foregoing is true and correct.

                Executed on:   April 6, 2022

                                     s/Kyle Mowatt

                                     Kyle Mowatt
                                     U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

                                                          Stanley A. Bastian
                                                     Signature of Judicial Officer

                                                           4/7/2022
                                                     Date