PROB 12C
(6/16)

Report Date: June 30, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jose Luis Mendoza-Castaneda      Case Number: 0980 1:18CR02073-SAB-1

Address of Offender: ███

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: April 24, 2019

| | |
|---|---|
| Original Offense: | Alien in the United States After Deportation, 8 U.S.C. § 1326(a)(1), (b)(1) |
| Original Sentence: | Prison - 16 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | Frances Walker |
| Defense Attorney: | Julia Van Wingerden |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 5, 2020

Date Supervision Expires: Tolling

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on April 6, 2022.

On March 5, 2020, Mr. Mendoza-Castaneda released from the Bureau of Prisons (BOP) and immediately was taken into custody by U.S. Immigration and Customs Enforcement (ICE).

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Mendoza-Castaneda is considered in violation of his term of supervised release by being arrested and charged with being a deported alien found in the United States, on or about April 1, 2022.<br><br>On March 5, 2020, Mr. Mendoza-Castaneda completed his prison sentence with BOP and was detained by ICE. According to an agent from ICE, on May 5, 2021, Mr. Mendoza-Castaneda was deported to Mexico. On April 1, 2022, Mr. Mendoza-Castaneda was arrested in Yakima, Washington, and booked into Yakima County Jail on case number 22Y009684 for voyeurism, eluding, harassment, and resisting arrest.<br><br>On April 19, 2022, an indictment was filed in the United States District Court for the Eastern District of Washington, charging Jose Mendoza-Castaneda with Alien in the United States After Deportation, in violation of 8 U.S.C. § 1326, case number 1:22CR2038-SAB-1. |

Prob12C
Re: Mendoza-Castaneda, Jose Luis
June 30, 2023
Page 2

According to the indictment, Mr. Mendoza-Castaneda, a citizen and national of Mexico, was found in the United States on or about April 2, 2022, after being previously denied admission, and deported and removed from the United States on at least 11 occasions between 2008 to 2021; and he did not have the express consent of the Attorney General or a designee in returning to the United States.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 30, 2023

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stanley A. Bastian
Signature of Judicial Officer

6/30/2023
Date